**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CHRISTOPHER A. BERMAN,

                  Plaintiff,

vs.                                               Case No. 3:10-cv-718-J-32MCR

THOMAS KAFKA, et al.,

                  Defendants.

_____

## ORDER

On July 17, 2013, the Eleventh Circuit issued its mandate in this case, affirming this Court's decision to enforce the terms of the parties' stipulated settlement agreement.  <u>See</u> Mandate, Doc. 137.  <u>Pro</u> <u>se</u> plaintiff Christopher Berman sought further review with the United States Supreme Court, which denied his petition for a writ of certiorari.  <u>See</u> Doc. 138. Berman then filed a motion to vacate the settlement (Doc. 139) which is now before the Court.  Defendants Thomas Kafka and Julie Kafka filed a response in opposition (Doc. 140).

Relying on Federal Rule of Civil Procedure 60(b)(2)(3) and (6), Berman asks the Court to set aside the order enforcing the settlement agreement on the grounds that he has new evidence of fraud in the inducement and fraud on the Court by the Kafkas.   However, the supposed evidence of fraud Berman raises is not new; in fact, it is the same issue he has repeatedly pursued and which this Court and the Eleventh Circuit have already rejected. <u>See</u> Order, Doc. 125 at 2; <u>Berman v. Kafka</u>, No. 12-12839 at 6 (11th Cir. May 9, 2013). Berman is barred from relitigating issues that have already been decided on appeal.  <u>See,</u> <u>e.g.</u>, <u>United States v. Jones</u>, 429 F.3d 1032, 1035 (11th Cir. 2005).  Berman's Motion to

Vacate the Settlement Agreement (Doc. 139) is **denied.**[1]

      **DONE AND ORDERED** at Jacksonville, Florida this 3rd day of September, 2015.


TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

counsel of record
pro se parties

---

[1]The Kafkas raised other potentially meritorious reasons why relief under Rule 60 is not available here, but the Court need not address them to decide the motion.  Berman's motion for leave to file a reply (Doc. 141) in which he wished to address some of these other grounds and reargue other points is **denied**.